# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 12, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154464(67)

RAYMOND J. CAREY,
            Plaintiff-Appellant,

v

FOLEY & LARDNER, LLP,
            Defendant-Appellee.
_____/

SC:  154464
COA:  321207
Wayne CC:  13-013005-CK

On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED.  The answer will be accepted as timely filed if submitted on or before November 8, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 12, 2016



Clerk